ANNA J. FOSTER, as Assignee of BRIGETTA J. TATE, Respondent, *v.* GREAT EASTERN CASUALTY AND INDEMNITY COMPANY OF NEW YORK, Appellant.

*Tate* v. *Great Eastern Casualty & Indemnity Co.*, 143 App. Div. 919, affirmed.
(Argued October 14, 1912; decided October 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 23, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover on a policy of accident insurance.

*Irving W. Cole* and *Samuel H. Guggenheimer* for appellant.

*Arthur B. Ottaway* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.